UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**U.S. DEPARTMENT OF AGRICULTURE,** )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0341 (JDB) |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

　/s Sherease Louis
SHEREASE LOUIS (NY SL7322)
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

2

## CERTIFICATE OF SERVICE

      I hereby certify that service of the foregoing Praecipe was made by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**DAMON ELLIOTT**
R31034-037
Coleman U.S. Penitentiary
Federal Correctional Complex
P.O. Box 1034
Coleman, FL 33521-0879

on this 7th day of March, 2007.

    /s Sherease Louis
SHEREASE LOUIS, N.Y.Bar #SL7322
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895