UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

APR 5 - 2007

RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAMON ELLIOTT,

   Plaintiff,

v.     Civil Action No. 07-0341 (JDB)

U.S. DEPARTMENT AGRICULTURE,

   Defendant.

## REPLY TO DEFENDANT MOTION TO DISMISS

Plaintiff haven't been notified by the Court whether he must file a reply to Defendant Motion to Dismiss.

The Defendant stated in its Certificate of Service that, "exhibits were made by depositing a copy of it in the U.S. mail first class postage prepaid addressed to Damon Elliott."

There were no exhibits enclose in Defendant Motion to Dismiss. Plaintiff request the Court to inform him of his filing date to reply, and order Defendant to provide him a copy of the exhibits.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Reply to Defendant Motion to Dismiss were made by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Sherease Louis
U.S.A. Office
555 4th St. N.W.
Washington, D.C. 20530

on this 2nd day of April 2007.

DAMON ELL JOTT 31034-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Fl. 33521