UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT,**         )<br>                                                    )<br>                 Plaintiff,     )<br>         v.                                 )<br>                                                    )<br>**U.S. DEPARTMENT OF AGRICULTURE,**   )<br>                                                    )<br>                 Defendant.  )<br>                                                    ) | Civil Action No. 07-0341 (JDB) |

### DEFENDANT'S MOTION FOR
### ENLARGEMENT OF TIME TO SERVE PLAINTIFF

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an enlargement of time of time of three days, until April 20, 2007, to comply with the Court's Minute Order, dated April 12, 2007.  Due to an administrative error involving the Court's docket, that has since been resolved, counsel did not receive the Court's Minute Order until April 20, 2007.  On that date, counsel forwarded to plaintiff (1) copies of its Motion to Dismiss this Case as Frivolous, including all exhibits, and (2) a copy of the Court's March 22, 2007, Order directing plaintiff to respond to defendant's motion.  In light of the fact that defendant was unable to mail the documents to plaintiff until 3 days after the date contemplated in the Court's Minute Order, defendant respectfully suggests that plaintiff have an additional three days, until May 4, 2007, to file its opposition, if any, to defendant's motion to dismiss. Because pro se plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.[1]  See Compl. caption.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel" and any non-incarcerated parties appearing pro se.  It does not require counsel to discuss those motions with incarcerated pro se parties.  This is consistent with Local Civil Rule 16.3(a), which excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and

This extension is sought in good faith.

Accordingly, defendant respectfully requests that the Motion be granted, and that the Court enter the schedule set forth above. A proposed order is attached.

Dated: April 26, 2007                                   Respectfully Submitted,

                                                    Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                    Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                    s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth St., N.W.,
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
Sherease.louis@usdoj.gov

---

confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

## CERTIFICATE OF SERVICE

      I hereby certify that service of the foregoing Motion was made by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**DAMON ELLIOTT**
R31034-037
Coleman U.S. Penitentiary
Federal Correctional Complex
P.O. Box 1034
Coleman, FL 33521-0879

on this 26th day of April, 2007.

                                                         /s Sherease Louis
                                               SHEREASE LOUIS
                                               Special Assistant United States Attorney
                                               United States Attorney's Office
                                               Civil Division
                                               555 4th Street, N.W.,
                                               Washington, D.C. 20530
                                             (202) 307-0895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**U.S. DEPARTMENT OF AGRICULTURE,** )<br>)<br>Defendant. )<br>_____) | Civil Action No. 07-0341 (JDB) |

## ORDER

UPON CONSIDERATION of *Defendant's Motion for Enlargement of Time to Serve Plaintiff*, and the entire record herein, for good cause shown, it is by the Court,

**ORDERED** that the defendant shall have an additional three days, through and including April 20, 2007, to serve plaintiff; and

**FURTHER ORDERED**, that the plaintiff shall have an additional three days, through and including May 4, 2007, to file its opposition, if any, to defendant's Motion to Dismiss Case as Frivolous.

_____      _____
DATE                                               JOHN D. BATES
                                                            UNITED STATES DISTRICT JUDGE

Copies of this order to:
**DAMON ELLIOTT**, R31034-037
Coleman U.S. Penitentiary
Federal Correctional Complex
P.O. Box 1034
Coleman, FL 33521-0879