UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**U.S. DEPARTMENT OF AGRICULTURE,** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0341 (JDB) |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of defendant's Motion to Dismiss, memorandum in support, exhibits, and the Court's Order dated March 22, 2007, were made by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**DAMON ELLIOTT**
R31034-037
Coleman U.S. Penitentiary
Federal Correctional Complex
P.O. Box 1034
Coleman, FL 33521-0879

on this 20th day of April, 2007.

      /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895