UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>U.S. DEPARTMENT OF AGRICULTURE, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-0341 (JDB) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's Motion to Treat Motion to Dismiss as Conceded, Memorandum in Support, and Proposed Order were made by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**DAMON ELLIOTT**
R31034-037
BEAUMONT
Federal Correctional Complex
U.S. PENITENTIARY
Inmate Mail/Parcels
P. O. BOX 26030
BEAUMONT, TX 77720

on this 2nd day of July, 2007.

/s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895