*Federal Prisoner*

RECEIVED
CIVIL RIGHTS DIVISION
07 APR 19 PM 2:40

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUL  6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAMON ELLIOTT,

Plaintiff,

v.                              Civil Action No. 07-0341 (JDB).

U.S. DEPARTMENT OF AGRICULTURE,

Defendant.

**RECEIVED**

JUN 2 1 2007

BUREAU OF PRISONS
OGC/LITIGATION BRANCH

## MOTION FOR
## APPOINTMENT OF COUNSEL

Plaintiff application to proceed in forma pauperis was granted and he is litigating this lawsuit in a __pro se__ capacity. Plaintiff is entitled to have his pleadings sub-viewed in a less restrictive manner than pleadings submitted by attorneys. Accordingly, he shall be allowed to present his case in his own written words without strict adherence to technical requirements, as is expected of attorneys.

Otherwise, plaintiff request the Court to appoint counsel,