UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
JUL 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAMON ELLIOTT 31034-037
U.S. PENITENTIARY
P.O. Box 26030
BEAUMONT, TX. 77720,
    Plaintiff,

v.    Civil Action No. 07-0341 (JDB)

UNITED STATES
DEPARTMENT OF AGRICULTURE,
    Defendant.

## MOTION FOR LEAVE TO FILE OUT OF TIME

   I make this declaration under the substitute of taking an oath, declaring under the penalty of perjury that the foregoing is true and correct.
   On May 2, 2007, approximately 10:30 am, at F.C.C. U.S.P. Coleman, Fl., Lt. Kleckner order the Response Team to physically and sexually assault and rape me for approximately 45 minutes.
   All my personal property was confiscated, and (1) hour approximately later, I told P.A. Georgy about the incident.

On May 3, 2007, approximately 8:30 am, I told P.A. Chipi, along with the Psychological Service Dep't., (Dr. Whitlock), Warden, SIS, SIA, that I was assaulted and raped by staff.

On May 11, 2007, I was exaime by Lt. Elliott and P.A. and told them about the rape.

On May 15, 2007, I was transfer to Oklahoma, and on May 17, 2007, I was transfer to Beaumont, Tx.

On June 26, 2007, at Beaumont U.S.P., the R-D staff inform me that most of my personal property (Legal papers) etc. are missing and staff refuse to release anything.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion For Leave To File Out Of Time was served by first class postage, prepaid mail addressed to:

Sherease Louis
U.S. Department of Justice
U.S. Attorney
555 4th St., N.W.
Washington, D.C. 20530

on this 10th day of July 2007

Damon Elliott 31034-037
P.O. Box 26030 U.S.P.
Beaumont, Tx. 77720