UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,

   Plaintiff,

   v.

UNITED STATES DEPARTMENT OF AGRICULTURE,

   Defendant.

Civil Action No. 07-341 (JDB)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [#9] is GRANTED, that its motion to dismiss as frivolous [#9] is DENIED, and that its motion to treat its motion to dismiss as conceded [#16] is DENIED. It is further

ORDERED that plaintiff's motions to appoint counsel [#18], for an extension of time to file a response [#19], and for assistance from the court [#20] are DENIED. It is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                              /s/
                                    JOHN D. BATES
                                    United States District Judge

Date: August 24, 2007